Case: 18CI1:25-cv-00192    Document #: 1    Filed: 10/16/2025    Page 1 of 1

## COVER SHEET
### Civil Case Filing Form
(To be completed by Attorney/Party Prior to Filing of Pleading)

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**FILED** OCT 16 2025 — FORREST COUNTY CIRCUIT CLERK

Case Number: 26-192

In the **Circuit** Court of **Forrest** County — 12 Judicial District

**Origin of Suit:** [X] Initial Filing

**Plaintiff — Individual:**
Last Name: Lundin
First Name: Christopher

**Defendant — Business:** WDAM

Nature of Suit: [X] Intentional Tort; [X] Negligence - General

Exhibit "A"

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL DISTRICT
FORREST COUNTY, MISSISSIPPI

CHRISTOPHER JOHN LUNDIN,
   Plaintiff,

v.

WDAM NEWS,
   Defendant.

CIVIL ACTION NO. 25-192

**FILED**
OCT 16 2025
FORREST COUNTY CIRCUIT CLERK

## COMPLAINT FOR DEFAMATION (LIBEL) AND INVASION OF PRIVACY

1. Plaintiff, Christopher John Lundin, is an adult resident citizen of Forrest County, Mississippi, residing at 63 Ruger Rd., Petal, MS 39465.

2. Defendant, WDAM News, is a media company operating throughout the State of Mississippi, with its principal office located at 2362 US Highway 11, Moselle, MS 39459.

3. Jurisdiction and venue are proper in this Court because the acts and damages complained of occurred within Forrest County, Mississippi.

4. On or about October 16, 2024, Defendant published, broadcast, and distributed through television, X (formerly Twitter), Instagram, Facebook, Google, Bing, and Yahoo, a scripted news story referring to Plaintiff, Christopher John Lundin.

5. The publication falsely stated that Plaintiff 'pleads guilty to a felony charge.' This statement is false and untrue; Plaintiff has never pled guilty to any felony charge.

6. The publication also included Plaintiff's full birth date and Social Security number, thereby exposing his private identifying information to

the public and causing him risk of identity theft and harassment.

7. Defendant acted negligently and/or with reckless disregard for the truth or falsity of the statements before publishing and distributing them.

8. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered reputational harm, emotional distress, humiliation, and loss of community standing.

9. Defendant has failed and refused to retract or correct the false statements despite knowing or having reason to know of their falsity.

## CAUSES OF ACTION

Count I – Defamation (Libel and Slander)
10. Plaintiff incorporates all preceding paragraphs as if fully restated herein.
11. Defendant's statements were false and defamatory, were published to third parties without privilege, and caused damage to Plaintiff's reputation.
12. Defendant acted negligently and/or with actual malice in publishing said statements.

Count II – Invasion of Privacy (Public Disclosure of Private Facts)
13. Defendant wrongfully disclosed Plaintiff's private information, including his date of birth and Social Security number, to the public.
14. Such disclosure was highly offensive and not of legitimate public concern.

## DAMAGES

15. Plaintiff seeks compensatory damages in the amount of $100,000.00 for injury to reputation, emotional distress, and related harm.

16. Plaintiff further seeks punitive damages in an amount to be determined by the Court or jury.

## JURY DEMAND

17. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Enter judgment in favor of Plaintiff and against Defendant;
b. Award compensatory damages of $100,000.00;
c. Award punitive damages in an amount to be determined by the jury;
d. Award court costs and such other relief as this Court deems just and proper.


Respectfully submitted,


/s/ Christopher John Lundin
63 Ruger Rd.
Petal, MS 39465
(Pro Se Plaintiff)

# SUMMONS

STATE OF MISSISSIPPI
IN THE CIRCUIT COURT OF FORREST COUNTY

TO: WDAM News
2362 US Highway 11
Moselle, MS 39459

You are hereby summoned and required to appear and defend against the Complaint filed in this action within thirty (30) days after service of this Summons upon you, exclusive of the day of service.

In case of your failure to appear and defend, a judgment by default will be entered against you for the money or other relief demanded in the Complaint.

Issued this ____ day of October, 2025.

_____ D.C.
Clerk of the Circuit Court
Forrest County, Mississippi

By: _____
Deputy Clerk
(Seal)

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**CHRISTOPHER JOHN LUNDIN**                                                          **PLAINTIFF**

**VERSUS**                                                                            **CAUSE NO. 25-cv-00192**

**GRAY MEDIA GROUP, INC., d.b.a. WDAM;**

**AME POSEY, personally and**

**as an employee of Gray Media Group, Inc.; and**

**JOHN DOES 1-5**                                                                     **DEFENDANTS**

### AMENDED COMPLAINT

COMES NOW the Plaintiff, **CHRISTOPHER JOHN LUNDIN**, and sues the Defendant, **GRAY MEDIA GROUP, INC.,** a Delaware corporation registered and doing business in the State of Mississippi as WDAM, **AME POSEY**, personally and as an employee of Gray Media Group, Inc., and **JOHN DOES #1-5**, and alleges:

### JURISDICTIONAL AMOUNT

1. This is an action for damages in excess of the sum of Two Hundred and Fifty Thousand ($250,000) dollars, exclusive of interest and costs.

### IDENTIFICATION OF PARTIES

2. That at all times material hereto Plaintiff, **CHRISTOPHER JOHN LUNDIN,** was a resident of Forrest County, Mississippi.

3. That at all times material hereto, Defendant, **GRAY MEDIA GROUP, INC.,** is a Delaware corporation, authorized to do and doing business in Lamar County, Mississippi as WDAM.

4. That at all times material hereto, Defendant, **AME POSEY,** an employee of Gray Media Group, Inc., was a resident of Lamar County, Mississippi.

5. **JOHN DOES #1-5** are individuals who may be liable for the causes of action herein, but whose identity is unknown at this time.

### FACTS GIVING RISE TO CAUSE OF ACTION

6. That on or about July 1, 2022, Plaintiff was indicted on one count of Home Repair Fraud in the Jones County Circuit Court.

Case: 18Cl1:25-cv-00192   Document #: 4   Filed: 12/22/2025   Page 2 of 5

7. Following this indictment, Plaintiff pleaded not guilty to the felony charge of Home Repair Fraud.

8. On or about October 8, 2024, Plaintiff entered into a Pretrial Intervention Agreement.

9. Under this Pretrial Intervention Agreement, Plaintiff did not plead guilty and was not convicted of any charge, and instead was given requirements by the Court, which after completion would lead to the charge being dismissed.

10. On or about October 16, 2024, Defendant Ame Posey, as an employee of Gray Media Group, published, broadcast, and distributed through television, X (formerly Twitter), Instagram, Facebook, Google, Bing, Yahoo, and other services a scripted news story referring to the Plaintiff, Christopher John Lundin.

11. The publication falsely stated that Plaintiff pleaded guilty to a felony charge, a blatantly false statement.

12. Furthermore, the publication included a court document revealing private information, including Plaintiff's date of birth and full Social Security number, therefore exposing this information to the public and exposing him to potential identity theft and harassment.

13. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered reputational harm, emotional distress, humiliation, and loss of community standing. Plaintiff furthermore lost his job at Holmac Corporation and struggled to find further employment following the release of this publication, even having one job offer pulled by Pepsi after seeing the article, and had two vehicles repossessed due to financial struggles related to this.

14. Defendant Gray Media Group, despite documented pleas by the Plaintiff, failed and refused to retract or correct the false statements and release of private information until nearly a year after the publication was released, despite knowing or having reason to know that the information was false and private.

## CAUSES OF ACTION
## COUNT I: DEFAMATION- LIBEL

15. Plaintiff adopts and reasserts Paragraphs 1 through 14 as if specifically set forth herein and further alleges:

Case: 18CI1:25-cv-00192   Document #: 4   Filed: 12/22/2025   Page 3 of 5

16. The statements made by Defendants that Plaintiff was convicted of a felony were false and defamatory.

17. The statements were published as an unprivileged communication to third parties.

18. The Defendants acted with negligence and/or with actual malice in publishing said statements.

19. That special harm exists for the Plaintiff that was caused by the publication, in the form of emotional distress and financial hardship.

## COUNT II: INVASION OF PRIVACY: PUBLIC DISCLOSURE OF PRIVATE FACTS

20. Plaintiff adopts and reasserts Paragraphs 1 through 19 as if specifically set forth herein and further alleges:

21. The publication and release of private facts, specifically Plaintiff's phone number, is one that:

22. Would be highly offensive to a reasonable person; and

23. Is not of legitimate public concern.

## COUNT III: NEGLIGENCE OF GRAY MEDIA GROUP, INC. UNDER THE DOCTRINE OF RESPONDEAT SUPERIOR

24. Plaintiff adopts and reasserts Paragraphs 1 through 23 as if specifically set forth herein and further alleges:

25. Defendants Ame Posey and John Does 1-5 had a duty of reasonable care to accurately write and publish all information regarding the Plaintiff, and to avoid releasing private information about the Plaintiff.

26. Defendants Ame Posey and John Does 1-5 breached this duty by publishing false, defamatory, and private information about Plaintiff to a third-party audience.

27. Defendants Ame Posey and John Does 1-5 were employees of Gray Media Group, Inc. at all times material hereto, and their negligent actions were taken on behalf of Gray Media Group, Inc. while in the course and scope of their employment.

28. Under the Doctrine of Respondeat Superior, Defendant Gray Media, Inc. is vicariously liable for the negligent acts and omissions taken by Defendants Ame Posey and John Does 1-5.

29. As a direct and proximate result of the aforementioned acts of negligence by Defendants, Plaintiff has suffered significant damages in the form of reputational harm, emotional distress, humiliation, and loss of community standing.

## COUNT IV: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

30. Plaintiff adopts and reasserts Paragraphs 1 through 29 as if specifically set forth herein and further alleges:

31. As shown by their unwillingness to redact or correct the false statement in the publication, Defendants acted willfully and wantonly towards the Plaintiff by committing these acts.

32. That these acts are ones that would evoke outrage or revulsion in civilized society.

33. That these acts were directed at, or intended to cause harm to, the Plaintiff.

34. That that the Plaintiff suffered severe emotional distress as a direct result of the acts of the Defendants.

35. That the resulting emotional distress of the Plaintiff was foreseeable from the intentional actions of the Defendants.

## DEMAND FOR DAMAGES AND JURY TRIAL

**WHEREFORE, PLAINTIFF, CHRISTOPHER JOHN LUNDIN,** demands judgment for damages against the Defendants, **GRAY MEDIA GROUP, INC., d.b.a. WDAM; AME POSEY, personally and as an employee of Gray Media Group, Inc.; and JOHN DOES 1-5** in the form of

a. Compensatory damages in excess of Two Hundred Fifty Thousand Dollars ($250,000.00);

b. Punitive damages in an amount to be determined through trial by jury;

c. Lawful costs of this suit in the form of attorney fees; and

d. Any other such relief that this Court deems proper.

This the 16th day of December, 2025.

**CHRISTOPHER JOHN LUNDIN**

BY:/s/Nathan Gerald

NATHAN GERALD (MSB # 106967)

7 Woodstone Plaza Ste 6

Hattiesburg, MS 39402

(601) 261-4212

nathan@sakalarioslaw.com


NICHOLAS SAKALARIOS (MSB # 102062)

7 Woodstone Plaza Ste 6

Hattiesburg, MS 39402

(601) 261-4212

nick@sakalarioslaw.com

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHRISTOPHER JOHN LUNDIN                                    PLAINTIFF

VERSUS                                           CAUSE NO. 25-cv-00192

GRAY MEDIA GROUP, INC., d.b.a. WDAM;
AME POSEY, personally and
as an employee of Gray Media Group, Inc.; and
JOHN DOES 1-5                                              DEFENDANTS

# SUMMONS

THE STATE OF MISSISSIPPI

TO:   GRAY MEDIA GROUP, INC.
      THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
      C T CORPORATION SYSTEM
      8927 LORRAINE RD. SUITE 204-A
      GULFPORT, MS 39503

## NOTICE TO DEFENDANT

### NOTICE TO DEFENDANT

THIS COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS

IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR

RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint or Petition to NICHOLAS SAKALARIOS, ESQUIRE, 7 Woodstone Plaza Ste. 6, Hattiesburg, Mississippi 39402. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this 28th day of Jan, 2026.

**GWEN WILKS**
Forrest County Circuit Court Clerk
630 Main Street
Hattiesburg, MS 39401
By: _____
Deputy Clerk

## PROOF OF SERVICE
(PROCESS SERVER)

_____
**Name of Person or Entity Served**

I the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

( ) **PERSONAL SERVICE.** I personally delivered copies to _____ _____ on the _____ day of _____, 2026, where I found said person(s) in _____ County of the State of Mississippi.

( ) **FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (*Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B*).

( ) **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, State of _____. I served the summons and complaint on the _____ day of _____, 2026, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of 16 years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2026, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) **CERTIFIED MAIL SERVICE.** By mailing to the address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or the return envelope marked "Refused."*)

At the time of service I was at least 18 years of age and not a party to this action.

FEE FOR SERVICE$_____

**PROCESS SERVER MUST COMPLETE:**

NAME: _____
Address: _____
_____
Telephone: _____

***********************************************************************************************************************

STATE OF _____

COUNTY OF _____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service of Summons" are true and correct as therein stated.

_____
PROCESS SERVER

Sworn to and subscribed before me this the _____ day of _____, 2026.

(SEAL)                                              _____
                                                    NOTARY PUBLIC
MY COMMISSION EXPIRES:

_____

# SHERIFF'S RETURN

STATE OF MISSISSIPPI

COUNTY OF _____

    ( ) I personally delivered copies of the summons and complaint on the _____ day of _____, 2026, to _____.

    ( ) After exercising reasonable diligence I was unable to deliver copies of the summons and complaint to _____ within _____ Co., MISSISSIPPI. I served the summons and complaint on the _____ day of _____, 2026, at the usual place of abode of said _____, by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen year and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2026, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

    ( ) I was unable to serve the summons and complaint.

This the _____ day of _____, 2026
_____ County Sheriff

By: _____,
Deputy Sheriff

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**CHRISTOPHER JOHN LUNDIN**                                          **PLAINTIFF**

**VERSUS**                                                    **CAUSE NO. 25-cv-00192**

**GRAY MEDIA GROUP, INC., d.b.a. WDAM;**
**AME POSEY, personally and**
**as an employee of Gray Media Group, Inc.; and**
**JOHN DOES 1-5**                                                    **DEFENDANTS**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   **GRAY MEDIA GROUP, INC.**
      **THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS**
      **C T CORPORATION SYSTEM**
      **8927 LORRAINE RD. SUITE 204-A**
      **GULFPORT, MS 39503**

## NOTICE TO DEFENDANT

### NOTICE TO DEFENDANT

THIS COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint or Petition to NICHOLAS SAKALARIOS, ESQUIRE, 7 Woodstone Plaza Ste. 6, Hattiesburg, Mississippi 39402. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this 28th day of Jan, 2026.

Case 2:26-cv-00025-TBM-RPM    Document 1-2    Filed 02/24/26    Page 16 of 18

Case: 18CI1:25-cv-00192    Document #: 6    Filed: 02/03/2026    Page 2 of 4
Case: 18CI1:25-cv-00192    Document #: 5    Filed: 01/28/2026    Page 2 of 4

GWEN WILKS
Forrest County Circuit Court Clerk
630 Main Street
Hattiesburg, MS 39401
By: _____
Deputy Clerk

Case 2:26-cv-00025-TBM-RPM   Document 1-2   Filed 02/24/26   Page 17 of 18

Case: 18CI1:25-cv-00192   Document #: 6   Filed: 02/03/2026   Page 3 of 4
Case: 18CI1:25-cv-00192   Document #: 5   Filed: 01/28/2026   Page 3 of 4

## PROOF OF SERVICE
(PROCESS SERVER)

__CT Corporation System__
Name of Person or Entity Served

I the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

(✓) **PERSONAL SERVICE.** I personally delivered copies to __Porsha Hicks__ on the __30__ day of __January__, 2026, where I found said person(s) in __Harrison__ County of the State of Mississippi.

( ) **FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

( ) **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, State of _____. I served the summons and complaint on the _____ day of _____, 2026, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of 16 years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2026, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) **CERTIFIED MAIL SERVICE.** By mailing to the address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

FEE FOR SERVICES $ __100.00__

**PROCESS SERVER MUST COMPLETE:**
NAME: __Haley Nestle__
Address: __118 N Cox Ave__
__Hattiesburg, MS 39402__
Telephone: __(601) 658-7843__

..........................................................................

STATE OF __MS__
COUNTY OF __Lamar__

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named __Haley Nestle__ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service of Summons" are true and correct as therein stated.

__Haley Nestle__
PROCESS SERVER

Sworn to and subscribed before me this the __3__ day of __Feb__, 2026.

(SEAL)                              __C. Gerald__
                                    NOTARY PUBLIC

MY COMMISSION EXPIRES:

*STATE OF MISSISSIPPI NOTARY PUBLIC — ID# 496403 — COURTNEY GERALD — Commission Expires Aug. 6, 2029 — LAMAR COUNTY*

Case 2:26-cv-00025-TBM-RPM    Document 1-2    Filed 02/24/26    Page 18 of 18

Case: 18CI1:25-cv-00192    Document #: 6    Filed: 02/03/2026    Page 4 of 4
Case: 18CI1:25-cv-00192    Document #: 5    Filed: 01/28/2026    Page 4 of 4

# SHERIFF'S RETURN

STATE OF MISSISSIPPI

COUNTY OF _____

( ) I personally delivered copies of the summons and complaint on the _____ day of _____, 2026, to _____.

( ) After exercising reasonable diligence I was unable to deliver copies of the summons and complaint to _____ within _____ Co., MISSISSIPPI. I served the summons and complaint on the _____ day of _____, 2026, at the usual place of abode of said _____, by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen year and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2026, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) I was unable to serve the summons and complaint.

This the _____ day of _____, 2026
_____ County Sheriff

By: _____,
Deputy Sheriff