**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CHRISTOPHER JOHN LUNDIN**                                             **PLAINTIFF**

v.                                                   **CIVIL ACTION NO. 2:26-cv-00025-TBM-RPM**

**GRAY MEDIA GROUP, INC., d.b.a.
WDAM; AME POSEY, personally and
As an employee of Gray Media Group, Inc.;
And JOHN DOES 1-5**                                                   **DEFENDANTS**

---

**AGREED ORDER**

---

There came on for hearing upon oral argument Plaintiff's Motion to Remand [12] and Defendants' Motion to Dismiss, and the Court finds that Plaintiff and Defendants have reached agreement on those motions.

Plaintiff and Defendants agree that the Motion to Remand [12] should be denied and that the Motion to Dismiss [3] should be granted so as to dismiss Defendant Ame Posey with prejudice and denied as to Defendant Gray Local Media, Inc. d/b/a WDAM.

It is therefore ordered and adjudged that Plaintiff's Motion to Remand [12] is denied and that Defendant Ame Posey is dismissed with prejudice.

**SO ORDERED**, this the 22nd day of June, 2026.

_____
U.S. District Court Judge

**AGREED:**


/s/Nicholas Sakalarios (w/permission)
Nicholas Sakalarios (MSB #102062)
*Attorney for Plaintiff*


/s/Henry F. Laird
Henry F. Larid (MSB #1774)
*Attorney for Defendants*

1

2

Prepared by:

Henry Laird (MSB No. 1774)
Email:  hfl@wisecarter.com
Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS  39501
Telephone:  228/867-7141

2

Agreed Order
26-cv-00025